JEFFREY H. WOOD, Acting Assistant Attorney General
MATTHEW MARINELLI, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0293
Fax: (202) 353-2021
Matthew.marinelli@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **Defenders of Wildlife**, et al., | Case No. CV 15-00014-GF-BMM |
| Plaintiffs; | |
| v. | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |
| **U.S. Army Corps of Engineers**, et al., | |
| Defendants. | |

The United States hereby gives notice of the appearance of Matthew Marinelli as co-counsel for the Federal Defendants. Mr. Marinelli is registered to use the Court's Electronic Case Filing System (ECF), and pleadings may thus be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Marinelli at the address below.

Dated: February 1, 2017

                                      JEFFREY H. WOOD
                                      Acting Assistant Attorney General
                                      Environment & Natural Resources Division

                                      */s/ Matthew Marinelli*_____
                                      MATTHEW MARINELLI, IL Bar 6277967
                                      U.S. Department of Justice
                                      Natural Resources Section
                                      P.O. Box 7611
                                      Benjamin Franklin Station
                                      Washington, DC 20044
                                      Phone: (202) 305-0293
                                      Fax: (202) 353-2021
                                      matthew.marinelli@usdoj.gov

                                      Please send overnight deliveries to:
                                      601 D Street, NW, Room 3148
                                      Washington, DC 20004

## Certificate of Service

      I hereby certify that on February 1, 2017, I filed the above pleading with the Court's CMS/ECF system, which will send notice to each party.

                                    */s/ Matthew Marinelli*_____
                                    MATTHEW MARINELLI