IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **Defenders of Wildlife**, et al.,  Plaintiffs,  v.  **U.S. Army Corps of Engineers**, et al.,  Defendants,  and  **Lower Yellowstone Irrigation Project Board of Control**, et al.,  Defendant-Intervenors | Case No. CV 15-00014-GF-BMM  **Order Granting Joint Motion to Amend the Court's July 24, 2017 Scheduling Order** |

This matter came before the Court on the parties' Joint Motion to Amend the Court's July 24, 2017 Scheduling Order (ECF 158). Good cause having been shown, the motion is GRANTED.

The November 8, 2017 deadline specified in paragraph 2 of the Scheduling Order is hereby extended until December 15, 2017.

DATED this 9th day of November, 2017.

*Brian Morris*
Brian Morris
United States District Court Judge