# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, and NATURAL RESOURCE DEFENSE COUNCIL<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES BUREAU OF RECLAMATION; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV-15-14-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiff's Motion for Summary Judgment (Doc. 172) and any Cross Motions for Summary Judgment by Federal Defendants' or Defendant-Intervenors' on **April 19, 2018 at 1:30 p.m.** at the Missouri River Federal Courthouse, Great Falls,

1

Montana.  **Any Cross Motion for Summary Judgment filed by Federal Defendants or Defendant-Intervenors between now and April 5, 2018 will be set for oral argument on April 19, 2018 at 1:30 p.m. before the undersigned**.

DATED this 8th day of January, 2018.

Brian Morris
United States District Court Judge