# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES BUREAU OF RECLAMATION; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>      Defendants,<br><br>  and<br><br>LOWER YELLOWSTONE IRRIGATION PROJECT BOARD OF CONTROL, SAVAGE IRRIGATION DISTRICT, and INTAKE IRRIGATION DISTRICT,<br><br>      Defendant-Intervenors. | CV-15-14-GF-BMM<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO FILE A SUR-REPLY AND TO RESET THE APRIL 19, 2018 SUMMARY JUDGMENT HEARING** |

Upon review of Plaintiffs' Unopposed Motion to File a Sur-Reply and to Reset the April 19, 2018 Summary Judgment Hearing, the Court GRANTS the motion, and further ORDERS that:

Plaintiffs shall file a sur-reply by April 19, 2018 addressing the Ninth Circuit's preliminary injunction ruling and Defendants' arguments related to it; and

The hearing on April 19, 2018 is VACATED and RESET for April 26, 2018 at 1:30 p.m.

Dated this 10th day of April, 2018.

_____
Brian Morris
United States District Court Judge