UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, and NATURAL RESOURCE DEFENSE COUNCIL,<br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES BUREAU OF RECLAMATION; and UNITED STATES FISH AND WILDLIFE SERVICE,<br>    Defendants.<br>and<br><br>LOWER YELLOWSTONE IRRIGATION PROJECT BOARD OF CONTROL; SAVAGE IRRIGATION DISTRICT; and, INTAKE IRRIGATION DISTRICT,<br>    Defendant-Intervenors. | Cause No. CV-15-14-GF-BMM<br><br><br><br><br>JUDGMENT IN A CIVIL CASE |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**  **Decision by Court**. This action came before the Court for bench trial, hearing or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED :

Plaintiff's Motion for Summary Judgment (Doc. 172) on Claims 11-14 is DENIED;

Federal Defendants'/Intervenor Defendants' Cross-Motions for Summary Judgment (Docs. 180 & 178) on Claims 11-14 are GRANTED;

Plaintiff's request that the Court order the Bureau to finalize a plan to bring its operation at Intake Dam into compliance with the ESA (Claims 4 & 5) is DISMISSED WITHOUT PREJUDICE; and,

Plaintiff's request that the Court order the Corps to finalize a plan to bring its operation of Fort Peck Dam into compliance with the ESA (Claims 1 & 2) has been rendered moot and thereby is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of July, 2018.

                TYLER P. GILMAN, CLERK OF COURT

                By:   /s/ S. Redding
                                Deputy Clerk